### First Department, May, 1937.
### (May 3, 1937.)

In the Matter of DAVID ENGLER (Also Known as DAVID E. ENGLER), an Attorney.— Motion granted. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

### (May 7, 1937.)

DAVID ABRAMS, Respondent, v. THE ROSETH CORPORATION and Others, Appellants.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin P. J., O'Malley, Glennon, Dore and Cohn, JJ.

MARGARET J. HILL, Appellant, v. HENLEY HILL, Respondent.— Order unanimously modified by increasing the amount of counsel fee to the sum of $350, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ALEX GASPARIC, Appellant, v. PETER LUCICH and PROSPECT MARBLE WORKS, INC., Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of HOME FOR OLD MEN AND AGED COUPLES, Petitioner, Respondent, for an Order Pursuant to Section 1077-c of the Civil Practice Act Directing the Payment to It as Mortgagee of the Surplus over and above the Taxes, Interest and All Other Carrying Charges Produced by the Property Known as No. 2 East 110th Street, City, County and State of New York. JOSEPH L. ROSENBAUM, Appellant, MARY B. SLEVIN, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion to vacate order dated June 3, 1936, and entered June 4, 1936, granted, and the matter remitted to Special Term to be determined on the merits. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.